AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| Carolyn Gilbert | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| Retail Property Trust and Allied Universal f/k/a | ) |
| Allied Universal Corporation | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Retail Property Trust
C/O CT Corporation System, Agent for Service
155 Federal Street, Suite 700
Boston, MA 02110   USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David R. Kritzman, Esq.
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Telephone:860-646-5606, Email: dkritzman@beckeldergill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   11/23/2021

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                         _____
                                                              *Server's signature*

                                                   _____
                                                              *Printed name and title*

                                                   _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| Carolyn Gilbert | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )      Civil Action No. |
| Retail Property Trust and Allied Universal f/k/a | ) |
| Allied Universal Corportation | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Allied Universal f/k/a
                                        Allied Universal Corporation
                                        a/k/a Allied Barton Security Services LLC
                                        C/O CT Corporation System, Agent for Service
                                        67 Burnside Avenue
                                        East Hartford, CT 06108-3408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     David R. Kritzman, Esq.
                                         Beck & Eldergill, P.C.
                                         447 Center Street
                                         Manchester, CT 06040
                                         Telephone:860-646-5606; Email: dkritzman@beckeldergill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        11/23/2021

                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CAROLYN GILBERT | : | CIVIL NO. |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| | : | |
| THE RETAIL PROPERTY TRUST | : | |
| ALLIED UNIVERSAL f/k/a | : | |
| ALLIED UNIVERSAL CORP. | : | |
| DEFENDANTS | : | NOVEMBER 23, 2021 |

### COMPLAINT

Plaintiff Carolyn Gilbert ("Plaintiff") by and through undersigned counsel, files this Complaint against Defendants the Retail Property Trust ("RPT") and Allied Universal f/k/a Allied Universal Corporation a/k/a AlliedBarton Security Services LLC ("Allied") (collectively "Defendants"), and alleges:

### PARTIES

1. Plaintiff Carolyn Gilbert ("Plaintiff") is a resident of Vernon, Connecticut and, at the time of the incident complained of, was a resident of the State of Georgia.

2. Upon information and belief, and at all times relevant to this action, RPT is/was a Massachusetts Business Trust conducting business in, *inter alia*, the State of Georgia and the State of Connecticut, with a principal place of business located at 225 W. Washington St., Indianapolis, IN, 46204.

1

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

3. RPT manages, owns, and/or operates Lenox Square Mall located in Atlanta, Georgia ("Premises"). RPT additionally manages, owns, and/or operates a number of malls and retail outlets across the country, including two Connecticut locations: Crystal Mall in Waterford, Connecticut and Clinton Premium Outlets in Clinton, Connecticut.

4. Upon information and belief, and at all times relevant to this action, RPT owned, managed, and operated the Premises.

5. Upon information and belief and at all times relevant to this action, Allied is a corporation with a principal place of business in Santa Ana, California, conducting business in, *inter alia*, the State of Georgia and the State of Connecticut, with a principal Connecticut office located at 111 Founders Plaza, Hartford, Connecticut 06108.

6. At all times relevant to this action, Allied provided security services at the Premises for the benefit of RPT and/or its patrons.

## JURISDICTION AND VENUE

7. This Court's jurisdiction is properly invoked pursuant to 28 U.S.C. § 1332, in that the parties are citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

8. Pursuant to 28 U.S.C. § 1391(c)(2), venue is proper in this Court because the Defendants' own property in, have offices in, and/or conduct business in this judicial district.

## FACTUAL BACKGROUND

9. At all times relevant hereto, the Plaintiff was invited and/or permitted to be on the Premises as an invitee or patron of Lenox Square Mall.

10. On or about Saturday, December 21, 2019, at approximately 12:00 p.m., Plaintiff exited a Macy's department store located on the Premises.

11. At that time and place, Plaintiff walked toward her motor vehicle which was parked in the Premises parking lot.

12. At that time and place, Plaintiff was robbed and/or carjacked at gunpoint by two men, one of whom brandished a gun in Plaintiff's face. As Plaintiff pushed the gun away from her face, one of the perpetrators shot Plaintiff in her stomach and fled the scene.

13. At that time and place, there was an extensive history of similar criminal activity on or around the Premises, including but not limited to robbery, armed robbery, assault, and carjacking, of which Defendants were and/or should have been aware. Such incidents include a 2013 jewelry heist, a 2015 shooting, discharge of a firearm in May of 2016, at least two armed robberies in June of 2016, and armed

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

robbery and assault in 2018 of which. Copies of certain public documents and reports describing such incidents are attached hereto as Exhibit A.

14.  On or about June 6, 2019, an employee and/or agent of AlliedBarton Security Services employed as the Director of Security at Lenox Square announced a "large scale Active Shooter Simulation at Lenox Square" to be hosted on July 28, 2019, less than six months before the Plaintiff was shot. A copy of the announcement is attached hereto as Exhibit B.

## COUNT I (Negligence as to Allied)

15. Plaintiff repeats and realleges paragraphs 1-14 of this Complaint as if more fully set forth herein.

16. At all relevant times hereto, Allied and its agents owed a duty of care to all Lenox invitees, patrons, and/or individuals such as Plaintiff.

17. Allied was negligent in one or more of the following ways, in that:

> a. it failed to adequately supervise, control, and/or otherwise monitor the Premises and the safety of the invitees and/or patrons thereof;

> b. it failed to it failed to adequately supervise, protect against, control, monitor, and/or respond to the activities of the shooters;

> c. it failed to take reasonable steps to ensure that the Plaintiff was in a secure environment free from violence, assault, robbery, and/or attempted murder;

> d. it failed to implement and/or enforce policies to safeguard the safety and security of the Plaintiff;

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

e. it failed to provide sufficient security to prevent the armed robbery, assault, and/or attempted homicide of the Plaintiff;

f. it failed to properly train, supervise, and inform its agents to safeguard the Plaintiff from armed robbery, assault, and/or attempted homicide; and/or

g. it failed to take reasonable and necessary precautions to prevent the attack upon Plaintiff, although it knew or in the exercise of reasonable care should have known that such incidents were likely to occur on the premises.

18. As a result of Allied's negligence and carelessness, Plaintiff suffered personal injuries including but not limited to: pain, suffering, discomfort, stiffness, and other physical trauma related to two gunshot wounds to her abdomen and subsequent complications, anxiety, insomnia and/or sleeplessness, and depression, as well as related mental, physical, and emotional distress.

19. As a further result of Allied's negligence and carelessness, Plaintiff has incurred considerable expense for the necessary hospital, pharmaceutical, therapeutic, x-ray, and medical treatment of her injuries.

20. As a further result of Allied's negligence and carelessness, Plaintiff has incurred, and will continue to incur, lost wages and is unable to enjoy the full spectrum of life's activities.

21. As a further result of Allied's negligence and carelessness, Plaintiff has a fear of the future consequences of her injuries.

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

**COUNT II (Negligence as to RPT)**

22. Plaintiff repeats and realleges paragraphs 1-15 of this Complaint as if more fully set forth herein.

23. At all relevant times hereto, RPT and its agents owed a duty of care to all Lenox invitees and/or patrons such as Plaintiff.

24. RPT was negligent in one or more of the following ways, in that:

    a. it failed to adequately supervise, control, and/or otherwise monitor the Premises and the safety of the invitees and/or patrons thereof;

    b. it failed to it failed to adequately supervise, protect against, control, monitor, and/or respond to the activities of the shooters;

    c. it failed to take reasonable steps to ensure that the Plaintiff was in a secure environment free from violence, assault, robbery, and/or attempted murder;

    d. it failed to implement and/or enforce policies to safeguard the safety and security of the Plaintiff;

    e. it failed to provide sufficient security to prevent the armed robbery, assault, and/or attempted homicide of the Plaintiff;

    f. it failed to properly train, supervise, and inform its agents to safeguard the Plaintiff from armed robbery, assault, and/or attempted homicide; and/or

    g. it failed to take reasonable and necessary precautions to prevent the attack upon Plaintiff, although it knew or in the exercise of reasonable care should have known that such incidents were likely to occur on the premises.

25. As a result of RPT's negligence and carelessness, the Plaintiff suffered personal injuries including, but not limited to: pain, suffering, discomfort, stiffness,

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

and other physical trauma related to two gunshot wounds to her abdomen and subsequent complications, anxiety, insomnia and/or sleeplessness, and depression, as well as related mental, physical, and emotional distress.

26. As a further result of RPT's negligence and carelessness, Plaintiff has incurred considerable expense for the necessary hospital, pharmaceutical, therapeutic, x-ray, and medical treatment of her injuries.

27. As a further result of RPT's negligence and carelessness, Plaintiff has incurred, and will continue to incur, lost wages and is unable to enjoy the full spectrum of life's activities.

28. As a further result of RPT's negligence and carelessness, Plaintiff has a fear of the future consequences of her injuries.

## CLAIM FOR RELIEF

WHEREFORE, the Plaintiff, Carolyn Gilbert, respectfully requests that this court:

1.  Schedule this matter for trial by jury;

2. Award the Plaintiff pecuniary and/or monetary damages;

3. Award the Plaintiff compensatory and/or nonpecuniary damages including, but not limited to, future pecuniary losses, emotional pain, suffering, mental anguish, loss of enjoyment of life, and other nonpecuniary losses;

4. Award the Plaintiff any and all other damages to which she is entitled; and

7

5. Grant such further relief as is just and equitable.

PLAINTIFF,

By_____

David R. Kritzman
For Beck & Eldergill, P.C.

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

# EXHIBIT A

# Table of Contents

Buckhead police blotter Family carjacked at OK Cafe, armed robberies in Lenox Mall parking lot - Reporter Newspapers ... 2

Eight Members of Detroit-Based Robbery Crew Sentenced for Roles in $635,000 Jewelry Heist at Lenox Square Mall  USAO-NDGA  Department of Justice ... 9

Lenox Mall shooting 911 call released  11alive.com ... 12

Man sentenced in Mother's Day shooting at Lenox Square ... 15

Police investigate shooting at Lenox Square Mall – WSB-TV Channel 2 - Atlanta ... 19

Police investigate shooting at Lenox Square Mall ... 24

Police Man targeted at Lenox Square before armed robbery, beating ... 25

Police Possible road rage shooting in southwest Atlanta ... 26

Shooting at suburban Atlanta mall injures 1 as shoppers flee - News - The Florida Times-Union - Jacksonville, FL ... 29



BUCKHEAD, PUBLIC SAFETY

# Buckhead police blotter: Family carjacked at OK Cafe, armed robberies in Lenox Mall parking lot

by **Dyana Bagby**
June 28, 2016

### Family carjacked at OK Cafe in Buckhead

A family was carjacked outside the OK Cafe in Buckhead and an arrest has been made in the case.

Carlos Twine, 18, of Atlanta was arrested by the Atlanta Police Department for allegedly stealing on June 13 a Mercedes Benz from a family who had dined at the OK Cafe.

Twine faces charges of: armed robbery, aggravated assault with a deadly weapon, possession of a firearm during the commission of a felony and hijacking a motor vehicle, according to records with the Fulton County Sheriff's Department.

*From police reports dated June 5 through June 11*

*The following information was provided by the Zone 2 Precinct of the Atlanta*

*Police Department and is presumed to be accurate.*


**Robbery**

3300 block of Peachtree Road – On June 9, in the evening, a man met another in a parking lot to sell an iPhone. The victim was beaten, robbed and carjacked. Police later recovered the car on Buckhead Avenue.

3300 block of Peachtree Road NE – On June 7, in the morning, in the Lenox Mall parking lot, a man was approached by three men. One pointed a gun at him and they all demanded the man open the trunk of his vehicle. The suspects then took the victim's red Eddie Bauer bag, Apple laptop, Audio Technica microphone, and black Apple iPhone 6.

3300 Peachtree Road NE – On June 9, in the evening, at Lenox Mall, a woman was sitting in her car when she was approached by two men. She told police they pointed a gun at her and told her to get out of the car and to leave her purse. Once the woman got out of the car, the men drove off down Peachtree Road. The victim's wallet, iPhone, purse, and debit/credit cards were taken.

3400 block of Lenox Road NE – On June 10, in the evening, a woman was robbed in her hotel room. She told police that she was waiting for a friend to arrive. She said that she heard a knock at the door and that she opened it believing it to be her friend. She said that when she opened the door a man rushed inside and placed a gun to her head. He told her to lie on the ground. The suspect then took the woman's purse, $400 in cash, two $400 gift cards, an Android phone, and debit/credit cards. The suspect then fled.

3400 block of Kingsboro Road – On June 10, in the evening, a man said he was walking in a grocery store parking lot when he was approached from behind by two men. He said they asked if he had a lighter and as he was about to answer them they placed a gun on his right temple and

demanded his possessions. They took his iPod, wallet, and $150 in cash. The suspects fled toward the MARTA station.

1900 block of Piedmont Cir. NE – On June 6, in the morning, a man was parked in the back parking lot of a fast-food restaurant when a man approached his vehicle. The suspect asked the victim if he had any money. The victim said he told the suspect "no," and that the suspect then pointed a gun at him and said, "get out of the way and give me your keys." The victim said he surrendered his keys and that the suspect drove off from the location traveling south on Piedmont.

**Aggravated Assault**

2000 block of Peachtree Road NE – On June 10, in the evening, a man told police he and another man got into an argument when the man came at him with a box cutter. The suspect also hit the man with a cane. The suspect left the apartment in the victim's vehicle. The victim had visible injuries to his face and head.

**Residential Burglary**

1700 block of W. Wesley Rd. NW – On June 10, in the evening, the glass side door of a house was broken. A Rolex and $1,000 in cash were stolen from the location.

1900 block of Main St. NW – A woman said someone broke into her house while she was out of town and stole an LCD TV, Emerson 32-inch LCD TV, 19-inc LCD TV, a black hover board, two lawn mowers and a weed eater. The woman believes the suspect may be her ex-husband who was recently released from jail. She said he has threatened her in the past.

3000 block of Habersham Way NW – On June 10, in the morning, a man told police his tools were stolen from a house. He said he left his tools there and that when he returned the next day, they had been taken.

400 block of Northside Cir. NW – On June 6, in the evening, the deadbolt to a residence was damaged to gain entry. A black 40-inch HTC TV and two silver Michael Kors watches were stolen.

1000 block of Peachtree Park Dr. NE – On June 7, during the day, two MacBook Pros were taken from an apartment. The victim said that the door is unusually easy to unlock.

2000 block of Peachtree Rd. NE – On June 7, during the day, someone reported damage to the door frame of their apartment.

6200 block of Ivy Chase Way NE – On June 7, during the day, the front door to an apartment was kicked in. A PS$, a MacBook, MacBook laptop, $2,000 cash, a 12 gauge single shot firearm, and medication were taken. The victim said that he knows someone who has recently been arrested and needed money.

3607 Roxboro Rd. NE – On June 7, in the evening, a man told police he returned home to find his bedroom window open. A Microsoft Surface tablet, computer mouse, and a Hershel backpack were missing from the location.

2300 Parkland Dr. NE – On June 9, during the day, someone gained entry into an apartment by damaging the front door lock. A black Asus laptop taken from the location.

2300 block of Parkland Dr. NE – On June 9 during the day, the front door lock of an apartment was damaged to gain entry. Miscellaneous jewelry, Visio TV, and two laptops taken from the location.

400 block of Armour Dr. NE – A man said his house sitter told him that his apartment residence had been broken into while he was out of town. A 55-inch LG TV, 40-inch Samsung TV, Citizens watch, and a David Arden bracelet with a broken clasp were stolen from the residence.

1100 block of Lavista Rd. NE – On June 7 during the day, someone drilled into the deadbolt of an apartment. A 55-inch Vizio TV, Jansport headphones, Dell laptop, 55-inch TV, Toshiba laptop, iPad, and a white PS4 were stolen from the apartment.

400 block of Armour Dr. NE – On June 9 during the day, the front door lock of an apartment was damaged. A MacBook Pro, four gold Michael Kors watches, MJ watch, LV purse, and checks were taken from the location. Surveillance cameras observed on scene that may have captured the incident.

**Commercial Burglary**

500 block of Pharr Rd. NE – On June 8 in the morning, a woman in a hotel said she saw the blinds move in one of the vacant rooms. She said when she went to check the room a man appeared. She asked him if he paid for the room. He said that he had not, that it was a friend's and then left down the stairs. A second man also appeared from a separate room. The two then fled. The door had visible damage from being forced. One of the suspects left behind a wallet, which was collected as evidence.

500 block of Pharr Rd. NE – On June 8 in the evening, a restaurant employee told that a male suspect entered the location through the patio door while the business was closed. He took a bottle of Hennessy and a bottle of Grand Marnier. The door was pulled so forcefully that it broke the lock. Onsite security observed the suspect exiting the location and shouted at him. He then put down the stolen items and fled the scene. Several sets of latent fingerprints were recovered from the property and turned in for analysis.

100 block of E. Andrews Dr. NW – On June8, someone broke the front door window of a barbecue restaurant. The burglar appeared to have only consumed some alcohol from the bar. Alarm was armed but not activated by the entry.

3300 block of Peachtree Rd. NE – On June 7, in the morning at a business in Lenox Mall, a woman said she locked and secured the rear door to the business and secured the safe before leaving the location. She said she returned the following morning to find the back door unlocked, the safe unlocked and open, and $1,871.27 cash missing from the location. The manager said that he believes a former employee, who had been recently terminated for stealing time, had access to both the business and the safe still because he had not changed the locks.

Surveillance footage shows a muscular figure, in a black hoodie with white tennis shoes, open the back door, unlock the safe, and take the money. The manager said he believes the suspect is the former employee. He advised she has a very distinct walk, which he observed on the surveillance footage. Crime Scene Unit was dispatched to the scene for processing.

1900 block of Piedmont Cir. NE – On June 6, in the morning, at an auto repair business, a woman said that when she arrived on scene at the location that she saw the drop box face broken off the front of the business and two sets of keys missing. She said that the box is used for people to drop their keys/vehicles off over the weekend. Two victims said they had dropped off their vehicles over the weekend. One said he observed a suspicious male nearby who watched him drop his keys off in the box. Neither of the stolen vehicles has any tracking capabilities.

2000 block of Monroe Dr. NE – On June 9 in the morning at a restaurant, a witness saw a male suspect run from the location with two bags from the business. He fled the scene in a sedan. A window was shattered out of the business in order to gain entry. Surveillance footage of the incident was captured and a statement collected from the witness.

**Larceny**

During the week of June 5 and June 11, there were 37 larcenies from vehicles reported. There were 25 other larcenies, including shoplifting,

reported.

## Auto Theft

Between June 5and June 11, there were 10 auto thefts reported.

© 2021 HYPERLOCAL NEWS AND INFORMATION FOR METRO ATLANTA.
PROUDLY POWERED BY NEWSPACK BY AUTOMATTIC



United States Department of Justice

Offices of the United States Attorneys

THE UNITED STATES ATTORNEY'S OFFICE

NORTHERN DISTRICT *of* GEORGIA

Search

**SEARCH**

**HOME**   **ABOUT**   **NEWS**   **MEET THE U.S. ATTORNEY**   **DIVISIONS**   **PROGRAMS**   **CAREERS**

**CONTACT**

U.S. Attorneys » Northern District of Georgia » News

### Department of Justice

U.S. Attorney's Office

Northern District of Georgia

FOR IMMEDIATE RELEASE                                Thursday, December 10, 2015

## Eight Members of Detroit-Based Robbery Crew Sentenced for Roles in $635,000 Jewelry Heist at Lenox Square Mall

ATLANTA – Eight members of a traveling robbery crew—based out of Detroit, Michigan, and linked to jewelry store robberies in several states—have been sentenced to federal prison for their roles in the June 2013 smash-and-grab robbery of the Mayors Jewelry Store in Lenox Square Mall, in Atlanta, Georgia.

"These defendants traveled the country searching for the most expensive jewelry stores to rob," said U. S. Attorney John Horn.  "They used sledgehammers during business hours to terrify store employees, smash open display cases, and steal jewelry to sell on the black market.  The arrest and conviction of this crew has prevented an untold number of additional smash-and-grab robberies of jewelry stores on the eastern half of the United States."

"The FBI is pleased to now have this violent and prolific robbery crew off of our streets. Their violent tactics during these robberies, to include the 2013 robbery at a Lenox Mall based jewelry store in Atlanta, illustrated a complete disregard for the safety of the public. We are appreciative of the hard work and dedication of the many investigators and prosecutors who stayed the course of this extensive and lengthy investigation," said J. Britt Johnson, Special Agent in Charge, FBI Atlanta Field Office.

According to U.S. Attorney Horn, the charges, and other information presented in court; the robbery crew consisted of eight individuals, all from Detroit, and each of whom has been convicted and sentenced to federal prison time:  Damien Gayles, Kamauri Kennedy, Corey Burrows, Allen Adams, Lorenzo Terry, Anthony Hill, Jason Arnold, and Jasmine Dozier.  The crew was led by Kenneth Thomas, now deceased. Several members of the crew are linked to similar jewelry store robberies in Michigan, Virginia, Florida, and elsewhere.

In June 2013, the robbery crew planned to travel from Detroit to Atlanta specifically to commit a "smash-

and-grab" style robbery, using sledgehammers, of the Mayors Jewelry Store, in Atlanta, Georgia. Mayors, a high-end retail chain based in Florida, has locations in several states that offer a wide selection of Rolex watches. The robbers' plan was to steal the watches and return to Detroit, where they could be sold to "fences," or dishonest jewelry dealers via unreported cash transactions. The fences would then sell the stolen merchandise on the black market, including to buyers overseas.

Thomas, Gayles, Kennedy, and Dozier planned the robbery mission, identified the location to be robbed, conducted surveillance of the store prior to the robbery, and acquired the hammers, vehicles, and other materials needed to commit the crime. Terry, Hill, Burrows, Adams, and Arnold were recruited by the planners to actually commit the smash-and-grab robbery. Burrows and Adams were selected to wield the sledgehammers, due to their larger physical size. Terry, Hill, and Arnold were selected to grab the watches after Burrows and Adams bashed open the display cases.

On June 21, 2013, Burrows, Adams, Terry, Hill, and Arnold entered the Mayors Jewelry Store, in Lenox Square Mall, during business hours in order to rob it. Burrows and Adams concealed sledgehammers in their pants, and then used the sledgehammers to smash open the store's glass display cases. Hill, Terry, Adams, and Arnold grabbed and stole approximately 19 Rolex watches from the smashed display cases, valued between $25,000 and $65,000 each, and fled the store with the stolen merchandise. The total retail value of the stolen property was approximately $637,600. Kennedy and Dozier served as getaway drivers afterwards. Gayles and Thomas took control of most of the stolen watches and paid their co-conspirators for their efforts. They then sold several of the watches to fences in Detroit.

Using a variety of investigative means, FBI eventually identified the perpetrators of the robbery, who were also suspects in other similar robberies that had occurred throughout the country. In July 2013, Thomas and several other members of the robbery crew were stopped just outside a high-end mall in Aventura, Florida, as they approached that mall in order to commit another smash-and-grab robbery of a jewelry store. Thomas was placed under arrest. FBI's efforts subsequently led to several indictments and the conviction of these eight defendants.

The following five defendants pleaded guilty to interfering with commerce by robbery, and/or conspiring to interfere with commerce by robbery, and were sentenced by U.S. District Judge Thomas W. Thrash as follows:

- Corey Burrows, 27, was sentenced on September 3, 2015, to four years, three months in prison, to be followed by three years of supervised release, and ordered to pay restitution in the amount of $276,465.Burrows was convicted of these charges on May 26, 2015.
- Jasmine Dozier, 26, was sentenced on May 6, 2015, to two years, three months in prison, to be followed by three years of supervised release, and ordered to pay restitution in the amount of $276,465.Dozier was convicted of these charges on February 27, 2015.
- Damien Gayles, 25, was sentenced was sentenced on March 2, 2015, to seven years, eight months in prison, to be followed by three years of supervised release, and ordered to pay restitution in the amount of $276,465.Gayles was convicted of these charges on October 10, 2014.
- Allen Adams, 28, was sentenced on November 10, 2014, to four years, three months in prison, to be followed by three years of supervised release, and ordered to pay restitution in the amount of $276,465.Adams was convicted of these charges on August 22, 2014.
- Kamauri Kennedy, 26, was sentenced on September 9, 2014, to five years, ten months in prison, to be followed by three years of supervised release, and ordered to pay restitution in the amount of $276,465. Kennedy was convicted of these charges on June 17, 2014.

The following three defendants pleaded guilty to interfering with commerce by robbery, and/or conspiring to interfere with commerce by robbery, and were sentenced by U.S. District Judges in the Eastern District of Michigan, as follows:

- Lorenzo Terry, 22, was sentenced on December 9, 2015, to four years in prison, by Judge David Lawson, to be followed by three years of supervised release, and ordered to pay restitution in the amount of $276,465.Terry was convicted of these charges on August 5, 2015.
- Anthony Hill, 26, was sentenced on August 25, 2015, to four years, nine months in prison, by Chief Judge Gerald E. Rosen, to be followed by two years of supervised release, and ordered to pay restitution in the amount of $276,465.Hill was convicted of these charges on May 19, 2015.
- Jason Arnold, 21, was sentenced on May 20, 2015, to three years in prison, by Chief Judge Gerald E. Rosen, to be followed by two years of supervised release, and ordered to pay restitution in the amount of $276,465.Arnold was convicted of these charges on November 14, 2014.

This case was investigated by Special Agent Paul Szabo and Task Force Officer William Kimball Murdock of the Federal Bureau of Investigation, with assistance from the Atlanta Police Department.

Assistant United States Attorneys John S. Ghose and Brent Alan Gray prosecuted the case.

For further information please contact the U.S. Attorney's Public Affairs Office at USAGAN.PressEmails@usdoj.gov or (404) 581-6016.  The Internet address for the U.S. Attorney's Office for the Northern District of Georgia is http://www.justice.gov/usao-ndga.

**Component(s):**                                            USAO - Georgia, Northern

Updated February 4, 2016

8/12/2021, 9:38 AM

CRIME

# 'I'm in Lenox Mall and I just witnessed a young lady get shot. And they ran off.'

The 911 caller told police she had just pulled into the garage when she saw everything everything unfold.

Author: Deb Tuff
Published: 7:02 PM EST December 23, 2019
Updated: 7:02 PM EST December 23, 2019

 

ATLANTA — A horrifying 911 call from the shooting at Lenox Mall over the weekend describes what a witness saw when police said a Macy's employee was robbed and gunned down by two suspects.

The woman was shot as she was walking to her car around noon on Saturday.

The 911 caller told police she had just pulled into the garage when she saw everything everything unfold.

"I'm in Lenox Mall and I just witnessed a young lady get shot. And they ran off," she tells the dispatcher. "They shot her."

"You say you're at Lenox Mall? What store?" The dispatcher asks.

"He took her car keys - it's in the lower level, in the level 1 Lenox Road garage," she answers.

"She was going to her car, then I heard a pop. Like a gun pop. Then I seen two guys run up the stairs," she described.

**RELATED: Police: Woman shot during attempted robbery at Lenox Square parking garage**

Surveillance stills released by police showed the alleged suspects bolting out of the garage towards Lenox Road, possibly heading to the MARTA station not too far from there.

911 call of Lenox Square par...

Case 1:22-cv-01228-TWT    Document 1    Filed 11/23/21    Page 26 of 41

## Photos: Lenox Mall shooting suspects



1/9

Credit: Fulton County Sheriff's Office

Antonio Brown, Devonte Dean

The caller went to check on the 42-year-old victim during the call.

"Did they shoot you?" she asks the woman as crying can be heard in background. "He shot her. Oh, my God! ... she says it hurts. She's crying. He shot. I-I mean. It's got to hurt, if he shot her."

While the employee was treated and released from the hospital, so far, neither suspect has been arrested.



The shooting comes a few years after police stepped up patrols around the mall during the holidays.

Back in 2015 – following some high-profile attacks and carjackings in Buckhead – more than 235 security cameras at Lenox and Phipps Plaza were connected to the Atlanta Police Department's video monitoring system, allowing police to instantly see the four cameras closest to a 911 caller's location.

Since then, crime trends have changed, with fewer crimes overall reported near Lenox in December 2018 to 2019 than in December 2014 to 2015. However, a community crime-mapping tool also shows fewer cases of larceny and robbery in 2018-2019 around Lenox, but more cases of aggravated assault, auto and bigger vehicle thefts, commercial burglaries and simple battery.

Maj. Andrew Senzer with the Atlanta Police Department said it just shows that some criminals will continue to strike, no matter what.

"The reality of what the incident is over the weekend, despite the increase in police presence,

911 call of Lenox Square par...

we still have a handful of criminals who are bold and brazen enough to commit an act of violence in front of (police) and private security," he said.

"It's a matter of opportunity - criminals are going to exploit," he added. "A large amount of people come in the retail district. Large amount of cars. Large increase of merchandise left in cars. Criminals know that and will try and exploit that. "

RELATED: Suspect photos released in shooting of Macy's worker



The act of violence leaving the surrounding area on edge -- and shoppers around the busy mall -- more alert.

So what can you do to stay safe during the holiday season? Police say watch where you're going, and be aware of who's around you. Put away your phone, and put your valuables in the trunk, where they can't be seen.

MORE HEADLINES:

Promise of stardom has hungry actors falling prey to pay-for-play ploy, movie insider warns

24 indicted in massive child sex sting 'Operation Interception'

NICU babies get in Christmas spirit with adorable hospital photoshoot

LOADING NEXT ARTICLE...

911 call of Lenox Square par...



# Man sentenced in Mother's Day shooting at Lenox Square



LOCAL NEWS

By Steve Burns

June 16, 2016

A man who fired a shot inside a Lenox Square restaurant on Mother's Day must spend time in jail and pay the restaurant and the mall for damages, authorities said.

Alexander Dimitri McDaniel was sentenced to six months in jail, another 18 months in a residential treatment facility and five years probation, Fulton County District Attorney's Office spokesman Dontaye Carter said Wednesday. His time in jail and the substance



About 4:30 p.m. May 8, McDaniel was in an altercation with another man inside Zinburger Wine & Burger Bar, The Atlanta Journal-Constitution previously reported. He slapped the man in the face, pulled out a handgun and fired one shot. No one was injured in the shooting, but the gunfire frightened people inside the mall.

"To me," witness Rocky Jones told Channel 2 Action News at the time, "it's really surprising especially on a Sunday ... where you're expecting Mother's Day and a lot of families. You're not thinking [about] any crime."

The men left the restaurant before officers arrived.

McDaniel was arrested hours later on multiple charges, including reckless conduct, first-degree criminal damage to property and discharge of firearms on property of another.

Upon his release, McDaniel must wear an ankle monitor and submit to random drug tests, Carter said.

## In Other News

**1** Council amends police training center proposal, scaling back available...

**2** Clayton County giving residents more time to apply for rental...

**3** Map: Coronavirus deaths and cases in Georgia (updated Aug. 11)

**4** Fulton election board to meet for 1st time since call for review

**5** Imani Bell's father happy with charges brought in daughter's death

   

*Journal Constitution*

## ABOUT

Help Center
About the Atlanta Journal-Constitution
Newsroom Ethics Code
Careers
Archive
Press On

## CONTACT US

Contact Us
Send a News Tip
Advertise
AJC Newsroom

## OUR PRODUCTS

ePaper
Newsletters
All AJC Podcasts
Download iOS App
Download Android App

## SUBSCRIPTION

Print Subscription
Digital Subscription
Manage Subscription
Your Profile
NIE/Newspapers in Education

© 2021 The Atlanta Journal-Constitution.
All Rights Reserved.

By using this website, you accept the terms of our
Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices.

Learn about Careers at Cox Enterprises.

   

Weat

•News

•Video

•Traffi

**Sections**

•Back

•Comi

•Spor

•Cont

•Uplo

•Steal

WSB-TV 2
ATLANTA

8°
0

**WATCH
LIVE**

Watch Live • Weather • Lottery Results

# Police investigate shooting at Lenox Square Mall



May 31, 2015 at 11:47 pm EDT

ATLANTA — Atlanta police are investigating a shooting in a busy parking lot at Lenox Square.

Police say the victim, identified as Christopher Merriweather, was shot in the leg.  According to investigators, Merriweather said he got into a verbal argument with the suspect over a woman he met on Instagram.

Merriweather told police the suspect then pulled out a firearm and started shooting. Police say two other cars were also damaged in the incident.

The suspect jumped into a silver or gray pick-up, driven by another woman, and fled the scene, according to investigators.





*Forecast from Meteorologist*
**Brian Monahan**



| NOW | 2 PM | 5 PM |
|---|---|---|
|  80° |  89° |  89° |



GET **BREAKING NEWS** & **SEVERE WEATHER** ALERTS WHILE ON THE GO!

DOWNLOAD NOW

**Channel 2 Action News**
DELIVERED TO YOUR INBOX

**NEWS**

Local

Watch Live

Video

Nation/World

Traffic





**WEATHER**

Current Conditions

Stormtracker 2HD Radar

5 Day Forecast

**CONTACT US**

What's On WSBTV

About WSBTV

EEO Statement

Advertise with WSBTV

WSBTV Public File

FCC Applications

# FOLLOW US

© **2021 Cox Media Group.** This station is part of Cox Media Group Television.

Learn about **careers** at Cox Media Group. By using this website, you accept the terms of our **Visitor Agreement** and **Privacy Policy**, and understand your options regarding **Ad Choices**. **Manage Cookie Preferences | Do Not Sell My Information**





# Police investigate shooting at Lenox Square Mall

ATLANTA — Atlanta police are investigating a shooting in a busy parking lot at Lenox Square.

Police say the victim, identified as Christopher Merriweather, was shot in the leg. According to investigators, Merriweather said he got into a verbal argument with the suspect over a woman he met on Instagram.

Merriweather told police the suspect then pulled out a firearm and started shooting. Police say two other cars were also damaged in the incident.

The suspect jumped into a silver or gray pick-up, driven by another woman, and fled the scene, according to investigators.

"I was outside the Macy's parking lot and I heard three gunshots, then I saw fire truck and police cars," said Paige Holden, who said she was just pulling in to park, when she heard the shots ring out.

Tracy Johnson says police searched around her minivan for shell casings. She says she was in Atlanta, visiting from Pennsylvania for a girls shopping trip with her 85 year old mother.

"We had a great day shopping , came out, everything was taped off like a crime scene," Johnson told Channel 2's Rachel Stockman.

WSBTV

Case 1:22-cv-01228-TWT   Document 1   Filed 11/23/21   Page 38 of 41

# Police: Man targeted at Lenox Square before armed robbery, beating

*By Marissa Mitchell*

**Published** September 13, 2018

**ATLANTA** - Atlanta Police said one man is in jail while two others remain on the run after an armed robbery and assault Tuesday in Buckhead.

Investigators said Antonio Isom II, 21, and two other men approached a man inside Lenox Square around 4 p.m. The man was inside the mall trying to sell his cellphones at a kiosk, according to the incident report. The man told officers the trio offered to buy the phones from him but he would have to meet them at 3200 Lenox Road to make the exchange. The man agreed. Once at the location, the trio robbed him at gunpoint and hit him in the head with a gun causing a cut on his forehead, FOX 5 News has learned.

APD Officer Stephanie Brown spoke with FOX 5's Marissa Mitchell about the crime. Brown said Isom, the driver, drove away and the other two men got out of the car and ran. Soon after, officers arrested Isom on Armour Drive.

FOX 5 News has learned Isom faces several charges including armed robbery, aggravated assault and ten counts of theft by taking.

If you have any information that can help police track down the other two, you're asked to call Atlanta Police.

# EXHIBIT B



# ACTIVE SHOOTER TRAINING – LENOX SQUARE

*By Guest Blogger  Posted June 6, 2019  In Community, Employer, Security*

*\*\*\*Brad Woodward – Director of Security, Lenox Square\*\*\**



We are excited to announce we are hosting large scale Active Shooter Simulation at Lenox Square Sunday, July 28th. In a joint effort with the Atlanta Police Department, Lenox Square, and Phipps Plaza will participate and assist as Atlanta Police Department go through this intense training simulation. These Officers will go through a thorough drill designed to bring in a multitude of responding agencies, providing response training for a variety of scenarios. APD Officers will train in searching for, engaging, and taking down the active shooter.

Lenox Square and the Atlanta Police Department would like to invite our Retailers and Community Partners to participate in this training simulation on Sunday, July 28 at 7:00 p.m. Dinner will be provided starting at 6:30pm. If you are interested in attending or playing a role, please contact the Lenox Square Security Director at (404) 233-7575 or **brad.woodward@AUS.com**

Privacy - Terms

This unique training opportunity is designed to enhance your organization's response to an active shooter and deliver realistic scenarios on APD response methods used to engage and stop an active shooter.